USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
:
UNITED STATES SECURITIES AND EXCHANGE : 
COMMISSION, :
: 1:22-cv-3156-GHW
Plaintiff, :
: ORDER
-against- :
:
FERNANDO PASSOS, :
:
Defendant. :
:
------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

On May 20, 2024, Defendant filed a motion to dismiss. Dkt. No. 24. In the Court's order dated April 19, 2022, counsel was directed to review and comply with the Court's Individual Rules of Practice in Civil Cases. Dkt. No. 6. Pursuant to the Court's Individual Rule 2(E), pre-motion submissions are required for motions to dismiss. Defendant did not file a pre-motion submission before filing a motion to dismiss on May 20, 2024. Dkt. No. 24. Accordingly, that motion is denied without prejudice. If Defendant wishes to renew its motion at a later date, it is directed to do so in compliance with the Court's Individual Rule 2(E).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 24.

SO ORDERED.

Dated: May 21, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge