```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
UNITED STATES SECURITIES AND EXCHANGE                               :
COMMISSION,                                                         :
                                                                    :
                                    Plaintiff,                      :
                                                                    :
            -against-                                               :
                                                                    :
FERNANDO PASSOS,                                                    :
                                                                    :
                                    Defendant.                      :
                                                                    :
------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/2024

1:22-cv-3156-GHW

ORDER

GREGORY H. WOODS, District Judge:

As discussed during the conference held on May 30, 2024, the deadline for Defendant to file and serve its motion to dismiss is June 21, 2024. Plaintiff's opposition is due within thirty-five days after service of Defendant's motion. Defendant's reply, if any, is due within fourteen days after service of Plaintiff's opposition.

SO ORDERED.

Dated: May 30, 2024

_____
GREGORY H. WOODS
United States District Judge